

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00714-CR

Douglas James **DAVIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR6254
Honorable Ray Olivarri, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 12, 2014.

_____
Catherine Stone, Chief Justice